# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00705-CV

### In re Gary Hayden Gibbs

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus, complaining of the trial court's failure to rule on several motions filed with a post-conviction application for writ of habeas corpus. *See* Tex. R. App. P. 52; *see also* Tex. Code Crim. Proc. art. 11.07. Having reviewed the petition and applicable rules and statutes, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: October 28, 2016